

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC**
d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Jose **FLORES**, as Next Friend of Julie Flores,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED granting the appellant's motion to compel arbitration. The cause is REMANDED to the trial court for further proceedings consistent with our opinion. It is ORDERED that appellant Specialty Select Care Center of San Antonio d/b/a Casa Rio Healthcare and Rehabilitation recover its costs of this appeal from appellee Jose Flores as Next Friend of Julie Flores.

SIGNED September 2, 2015.

Sandee Bryan Marion, Chief Justice